HAYES, Respondent, *v.* BROWN, Appellant.

(*Supreme Court, General Term, Fifth Department.*   April 12, 1889.)

*John Cunneen,* for appellant.   *C. S. Church,* for respondent.

Judgment and order affirmed.

---

*In re* NEW YORK, L. E. & W. R. Co., Respondent, to Appraise Lands of
CHEESBROUGH *et al.,* Appellants.

(*Supreme Court, General Term, Fifth Department.*   April 12, 1889.)

*Byron M. Shultz,* for appellants.   *Rogers, Locke & Milburn,* for respondent.

Orders affirmed, with $10 costs in one case and disbursements in all.

---

DUNDEE NAT. BANK, Appellant, *v.* WOOD *et al.,* Respondents.

(*Supreme Court, General Term, Fifth Department.*   April 12, 1889.)

*William T. Morris,* for appellant.   *J. A. Vanderlip,* for respondents.

Order affirmed on the opinion of RUMSEY, J., at special term.

---

TORRY, Appellant, *v.* CORNER, Respondent.

(*Supreme Court, General Term, Fifth Department.*   April 12, 1889.)

*H. M. Field,* for appellant.   *Briggs & Baker,* for respondent.

Order affirmed, with $10 costs and disbursements.

---

*In re* SLATER.

(*Supreme Court, General Term, Fifth Department.*   April 12, 1889.)

Order appealed from reversed, on the authority of *Catlin* v. *St. Paul's P. E. Church,* 20 N. E. Rep. 864, (opinion by ANDREWS, J., March 26, 1889.)   Proceedings remitted to the surrogate's court of Orleans county, with directions to proceed therein.

---

*In re* HAND ST.

CITY OF ROCHESTER, Appellant, *v.* BAILEY, Respondent.

(*Supreme Court, General Term, Fifth Department.*   April 12, 1889.)

*Charles B. Ernst,* for appellant.   *Satterlee & Yeomans,* for respondent.

Order affirmed, on opinion of ANGLE, J., at special term, with $10 costs and disbursements.

---

KELSEY, Respondent, *v.* SARGENT, Appellant.

(*Supreme Court, General Term, Fifth Department.*   April 12, 1889.)

*J. & Q. Van Voorhis,* for appellant.   *Bacon, Briggs & Beekley,* for respondent.

Order affirmed, with $10 costs and disbursements.   Memorandum with the clerk.

---

NICHOLS, Respondent, *v.* TUTTLE *et al.,* Appellants.

(*Supreme Court, General Term, Fifth Department.*   April 12, 1889.)

Order affirmed, with costs.